# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

WALTER B. SANDS,

    Defendant.

Case No. 06-20044-03-JAR

## ORDER

This matter is before the Court on Defendant Walter B. Sands' Motion to Clarify Court's Order (Doc. 278). As described more fully below, the Court grants Defendant's motion to clarify.

On December 18, 2024, the Court issued an Order granting Defendant's Second Motion for Compassionate Release.[1] In that Order, the Court reduced Defendant's sentence from 384 months' imprisonment to 300 months, with the understanding that Defendant may be immediately released from prison after the Bureau of Prisons calculated Defendant's good-time credit. In a subsequent Order, issued on December 20, 2024, the Court stated, in part, that "[t]he defendant shall be released as soon as a residence is verified, a release plan is established, appropriate travel arrangements are made, and it is safe for the defendant to travel."[2] In anticipation of Defendant's possible release, a probation officer verified Defendant's release plan and told Defendant's friends, with whom Defendant planned to live upon his release, that their residence had been approved. According to Defendant, in reliance on the Court's Orders and the

---

[1] Doc. 276.

[2] Doc. 277 at 2.

actions taken by the probation officer, his friends bought clothes for him, secured a job for him, and took additional actions in anticipation of his release. Further, Defendant claims that he disposed of hundreds of dollars' worth of personal property because he believed his release from prison was imminent. Several days later, Defendant's case manager informed him that his new release date was in August 2027.

Defendant's motion seeks to clarify whether the Court intended for Defendant to continue to serve a term of imprisonment or be immediately released. As stated above, the Court intended to reduce Defendant's sentence, with the understanding that he may be immediately released after accounting for good-time credit. However, after considering Defendant's motion to clarify and release plan, which were unavailable to the Court when it issued its December 18 and December 20 Orders, the Court grants Defendant's motion to clarify that he should be immediately released. The Court will issue an amended Order granting Defendant's Second Motion for Compassionate Release.

**IT IS THEREFORE ORDERED BY THE COURT** that Defendant's Motion to Clarify Court's Order (Doc. 278) is **granted**. The Court will issue an amended Order ruling on Defendant's Second Motion for Compassionate Release.

**IT IS SO ORDERED.**

Dated: January 21, 2025

S/ Julie A. Robinson  
JULIE A. ROBINSON  
UNITED STATES DISTRICT JUDGE